OPINION — AG — A BOARD OF EDUCATION OF SAID SCHOOL DISTRICT CAN PROPERLY USE A PART OF THE PROCEEDS OF SAID BUILDING FUND LEVY TO PURCHASE THE LOT (LAND) WHICH THERE IS A HOUSE, IF SAID LOT IS FOUND TO BE NECESSARY AS A SITE FOR THE BUILDING WHICH IS TO BE ERECTED FROM THE PROCEEDS OF SAID BUILDING FUND LEVY. (LEVY, SCHOOL DISTRICT) CITE: ARTICLE X, SECTION 10, 70 O.S. 1-20 [70-1-20], OPINION NO. JANUARY 21, 1937 — EDUCATION (J. H. JOHNSON)